JOHN L. SLAFSKY, State Bar No. 195513
JACOB T. VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone: (650) 493-9300
Facsimile:   (650) 565-5100
jslafsky@wsgr.com
jveltman@wsgr.com

Attorneys for Plaintiff
TWIST BIOSCIENCE CORP.

**IT IS SO ORDERED**
*Judge Edward J. Davila*
DATED: 1/8/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWIST BIOSCIENCE CORP., a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>TWISTDX, LTD., a United Kingdom company, and ALERE INC., a Delaware corporation,<br><br>              Defendants. | Case No. 5:15-cv-04224-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Twist Bioscience Corporation hereby voluntarily dismisses this action with prejudice, without any attorneys' fees or costs, and without rights of appeal.

The Clerk shall close this file.

Dated: January 7, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ John L. Slafsky
  JOHN L. SLAFSKY
  JACOB VELTMAN

Attorneys for Plaintiff
TWIST BIOSCIENCE CORP.